```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/14/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES KENYATTA,

                Plaintiff,

-against-

DAYRIS JIMENEZ ALSO KNOWN AS FINECHINA.FC,

                Defendant.

25-CV-1988 (MKV)

AMENDED ORDER OF SERVICE

MARY KAY VYSKOCIL, United States District Judge:

    On October 10, 2025, in this fee-paid *pro se* case, the Court issued an order of service naming an incorrect defendant [ECF No. 19]. As such, IT IS HEREBY ORDERED THAT the ORDER OF SERVICE at ECF No. 19 is VACATED. The Clerk of Court is directed to issue a summons as to Defendant Dayris Jimenez, also known as finechina.fc. Plaintiff is directed to serve the summons and complaint on Defendant within 90 days of the issuance of the summons.[1]

    If within those 90 days, Plaintiff has not either served Defendant or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

    **The parties are reminded that failure to comply with this Order or with any order of the Court or failure to comply with the FRCP, the Local Rules for the SDNY or this Court's Individual Practice Rules, or the parties' discovery or other obligations thereunder may**

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summons in this case was not issued when Plaintiff filed the complaint because he had not paid the filing fee. The Court therefore extends the time to serve until 90 days after the date the summons is issued.

**result in sanctions, including monetary penalties on counsel and/or the parties, dismissal or preclusion of claims, defenses, arguments, or evidence.**

SO ORDERED.

Dated: October 14, 2025
New York, New York

_____
MARY KAY VYSKOCIL
United States District Judge