USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/2026

Charles Kenyatta Jr

Collins Correctional Facility

PO Box 340

Collins, NY 14034

03/19/2025


Honorable Judge Laura Taylor Swain

United States District Court

Southern District of New York

**Re: Request to Seal and Remove Incorrect/Unredacted Exhibits from the Docket**

Case No.: [1:25-CV-01988]

Dear Judge Laura Taylor Swain,

I am writing to respectfully request that the Court seal and remove from the public docket two exhibits that were inadvertently filed incorrectly in connection with my complaint in the above-referenced matter. Specifically:

1. Exhibit [4]—This exhibit was filed without the necessary redaction of an address, which was an unintentional oversight.

2. Exhibit 5—This exhibit was mistakenly attached in place of the correct exhibit.

To remedy these errors, I have prepared a corrected version of my complaint with the properly redacted exhibit and the correct Exhibit 5. I will be filing this corrected complaint along with the revised exhibits contemporaneously with this request.

I respectfully ask that the Court grant my request to seal and remove the incorrect and unredacted exhibits from the docket to prevent any inadvertent disclosure of sensitive information.

Thank you for your time and consideration. Please let me know if further action is required on my part to facilitate this request.


Respectfully,

*Charles Kenyatta Jr*

The Clerk of Court is respectfully requested to designate the above-identified Exhibits -- Exhibits 4 and 5 to the originally filed complaint at ECF No. 1 -- as Court View only.

The Clerk of Court is respectfully requested to terminate docket entry 9.

SO ORDERED.

Date: 1/22/2026
New York, New York

Mary Kay Vyskocil
United States District Judge